United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NAYELLI LEMUS-MURILLO,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01749** |
| | § | |
| **MARKWAYNE MULLIN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Nayelli Lemus-Murillo's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **October 7, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Respondents shall, in their response, indicate why Petitioner is still in custody after an Immigration Judge dismissed her removal proceedings. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **October 12, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas

**at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

**IT IS SO ORDERED.**

SIGNED this October 1, 2026.

Diana Saldaña
United States District Judge